| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Steven N. Kurtz, Esq. [SBN 125972]<br>Scott H. Siegel, Esq. [SBN 101356]<br>Casey Z. Donoyan, Esq. [SBN 224945]<br>**LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP**<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403<br>Telephone:   (818) 382-3434<br>Facsimile:   (818) 382-3433<br>Email: cdonoyan@lakklawyers.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  Secured Creditor<br>Pre-Banc Business Credit, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>ERIC SCOTT CUNNINGHAM,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-12194-SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE** (*title of motion*[1]):  **STIPULATION BETWEEN TRUSTEE AND PRE-BANC BUSINESS CREDIT, INC. TO RESOLVE DISPUTE OVER PRIORITY OF ESTATE PROPERTY** |
|---|---|

PLEASE TAKE NOTE that the order titled:  **ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND PRE-BANC BUSINESS CREDIT, INC. TO RESOLVE DISPUTE OVER PRIORITY OF ESTATE PROPERTY** was lodged on (*date*) <u>7/29/2025</u> and is attached.  This order relates to the motion which is docket number <u>149</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                                      **F 9021-1.2.BK.NOTICE.LODGMENT**

Steven N. Kurtz, Esq. [SBN 125972]
Scott H. Siegel, Esq. [SBN 101356]
Casey Z. Donoyan, Esq. [SBN 224945]
**LEVINSON ARSHONSKY**
**KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile:  (818) 382-3433
E-Mail:    skurtz@lakklawyers.com
           ssiegel@lakklawyers.com
           cdonoyan@lakklawyers.com

Attorneys for Secured Creditor
Pre-Banc Business Credit, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ERIC SCOTT CUNNINGHAM,<br><br>    Debtor. | CASE NO: 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND PRE-BANC BUSINESS CREDIT, INC. TO RESOLVE DISPUTE OVER PRIORITY OF ESTATE PROPERTY** |

1

The Stipulation Between Trustee and Pre-Bank Business Credit, Inc. to Resolve Dispute Over Priority of Estate Property [Doc 20] (the "Stipulation"), filed by Pre-Bank Business Credit, Inc. ("Pre-Banc"), having been read and approved, and good cause appearing,

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. Upon entry of this order, and upon expiration of any stay applicable to this order, the Trustee is authorized and directed to issue payment to Pre-Banc as provided in the Stipulation, i.e., the Pre-Banc Payment.

**IT IS SO ORDERED.**

# # #

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 7/30/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) 7/30/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Jared Salvati**
G10
5946 Priestly Dr Ste 200
Carlsbad, CA 92008

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/30/25 | STACIA MCFADDEN | /s/ Staci McFadden |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 — Page 2 — F 9021-1.2.BK.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Jasleen D Ahuja**     jahuja@g10law.com, jtrost@g10law.com;gschneider@g10law.com
- **Reem J Bello**     rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ori S Blumenfeld**     oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Salvatore Bommarito**     sbommarito@sb-legal.com, r40840@notify.bestcase.com
- **Bert Briones**     bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- **Aaron B Fairchild**     aaron@fairchildlevine.com, admin@morfairlaw.com
- **Jeffrey I Golden**     jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Nancy S Goldenberg**     nancy.goldenberg@usdoj.gov
- **David Keith Gottlieb (TR)**     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Steven N Kurtz**     skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Nancy L Lee**     bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Carmela Pagay**     ctp@lnbyg.com
- **Kurt Ramlo**     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Scott H Siegel**     ssiegel@laklawyers.com, smcfadden@laklawyers.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**