Steven N. Kurtz, Esq. [SBN 125972]
Scott H. Siegel, Esq. [SBN 101356]
Casey Z. Donoyan, Esq. [SBN 224945]
**LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:   (818) 382-3433
E-Mail:       skurtz@lakklawyers.com
                    ssiegel@lakklawyers.com
                    cdonoyan@lakklawyers.com

Attorneys for Secured Creditor
Pre-Banc Business Credit, Inc.

**FILED & ENTERED**

**AUG 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ERIC SCOTT CUNNINGHAM,<br><br>            Debtor. | CASE NO: 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND PRE-BANC BUSINESS CREDIT, INC. TO RESOLVE DISPUTE OVER PRIORITY OF ESTATE PROPERTY** |

3199-014/180869

The Stipulation Between Trustee and Pre-Bank Business Credit, Inc. to Resolve Dispute Over Priority of Estate Property [Doc 201] (the "Stipulation"), filed by Pre-Bank Business Credit, Inc. ("Pre-Banc"), having been read and approved, and good cause appearing,

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. Upon entry of this order, and upon expiration of any stay applicable to this order, the Trustee is authorized and directed to issue payment to Pre-Banc as provided in the Stipulation, i.e., the Pre-Banc Payment.

**IT IS SO ORDERED.**

# # #

Date: August 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge