United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 21-12194-SC

Eric Scott Cunningham                                                               Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric Scott Cunningham, PO Box 1205, Newport, WA 99156-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron B Fairchild | |
| | on behalf of Creditor Courtesy NEF aaron@fairchildlevine.com  admin@morfairlaw.com |
| Bert Briones | |
| | on behalf of Debtor Eric Scott Cunningham bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Carmela Pagay | |
| | on behalf of Trustee David Keith Gottlieb (TR) ctp@lnbyg.com |
| Carmela Pagay | |
| | on behalf of Interested Party Courtesy NEF ctp@lnbyg.com |
| Casey Z Donoyan | |
| | on behalf of Creditor Pre-Banc Business Credit  Inc. cdonoyan@lakklawyers.com, swilliams@lakklawyers.com;ncondren@lakklawyers.com |

District/off: 0973-8                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 08, 2025                       Form ID: pdf042                                 Total Noticed: 1

David Keith Gottlieb (TR)
                          dkgtrustee@dkgallc.com
                          dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Jasleen D Ahuja
                          on behalf of Creditor Georgia Murphy jahuja@g10law.com jtrost@g10law.com;gschneider@g10law.com

Jeffrey I Golden
                          on behalf of Interested Party Courtesy NEF jgolden@go2.law
                          kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
                          estcase.com

Jennifer C Wong
                          on behalf of Creditor Metropolitan Life Insurance Company bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Kurt Ramlo
                          on behalf of Trustee David Keith Gottlieb (TR) RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Nancy L Lee
                          on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com

Nancy S Goldenberg
                          on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Ori S Blumenfeld
                          on behalf of Creditor Pre-Banc Business Credit  Inc. oblumenfeld@lakklawyers.com,
                          ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Reem J Bello
                          on behalf of Interested Party Courtesy NEF rbello@goeforlaw.com kmurphy@goeforlaw.com

Salvatore Bommarito
                          on behalf of Creditor Courtesy NEF sbommarito@sb-legal.com r40840@notify.bestcase.com

Scott H Siegel
                          on behalf of Creditor Courtesy NEF ssiegel@laklawyers.com smcfadden@laklawyers.com

Steven N Kurtz
                          on behalf of Creditor Courtesy NEF skurtz@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Steven N Kurtz
                          on behalf of Creditor Pre-Banc Business Credit  Inc. skurtz@lakklawyers.com,
                          ncondren@lakklawyers.com;smcfadden@lakklawyers.com

United States Trustee (SA)
                          ustpregion16.sa.ecf@usdoj.gov


TOTAL: 19

Steven N. Kurtz, Esq. [SBN 125972]
Scott H. Siegel, Esq. [SBN 101356]
Casey Z. Donoyan, Esq. [SBN 224945]
**LEVINSON ARSHONSKY**
**KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:   (818) 382-3433
E-Mail:      skurtz@lakklawyers.com
             ssiegel@lakklawyers.com
             cdonoyan@lakklawyers.com

Attorneys for Secured Creditor
Pre-Banc Business Credit, Inc.

**FILED & ENTERED**

**AUG 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

ERIC SCOTT CUNNINGHAM,

          Debtor.

CASE NO: 8:21-bk-12194-SC

Chapter 7

**ORDER APPROVING STIPULATION**
**BETWEEN TRUSTEE AND PRE-BANC**
**BUSINESS CREDIT, INC. TO RESOLVE**
**DISPUTE OVER PRIORITY OF ESTATE**
**PROPERTY**

1

3199-014/180869

The Stipulation Between Trustee and Pre-Bank Business Credit, Inc. to Resolve Dispute Over Priority of Estate Property [Doc 201] (the "Stipulation"), filed by Pre-Bank Business Credit, Inc. ("Pre-Banc"), having been read and approved, and good cause appearing,

**IT IS ORDERED THAT:**

1.      The Stipulation is approved.

2.      Upon entry of this order, and upon expiration of any stay applicable to this order, the Trustee is authorized and directed to issue payment to Pre-Banc as provided in the Stipulation, i.e., the Pre-Banc Payment.

**IT IS SO ORDERED.**

# # #

Date: August 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge

LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP

2

3199-014/180869