**DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE**
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367
Telephone: (818) 539-7720
Email: dkgtrustee@dkgallc.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 21-12194-SC |
| ERIC SCOTT CUNNINGHAM | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]) |

TO THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY OF RECORD,

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to October 29, 2025 at 3:30 PM at TR-7, ZOOM MEETING: (MEETING ID: 845-676-2532/PASSCODE: 6191335280). FOR INSTRUCTIONS CONTACT THE TRUSTEE for the following reason(s):

/s/ David K. Gottlieb
DAVID K. GOTTLIEB, TRUSTEE

I certify that I served the above debtor(s), debtors counsel of record, if any, on September 17, 2025

/s/ Renee Johnson
Renee Johnson, Administrator

**PLEASE SUBMIT A VALID COLOR COPY OF YOUR PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER AT LEAST 7 DAYS PRIOR TO THE CONTINUED MEETING OF CREDITORS.**

ERIC SCOTT CUNNINGHAM
PO Box 1205, fdba
Newport, WA 99156