**DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE**
**21650 Oxnard St., Suite 500**
**Woodland Hills, CA 91367**
**Telephone: (818) 539-7720**
**Email: dkgtrustee@dkgallc.com**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 21-12194-SC |
| | ) |
| ERIC SCOTT CUNNINGHAM | ) Chapter 7 |
| | ) |
| | ) NOTICE OF CONTINUED MEETING OF |
| Debtor(s) | ) CREDITORS AND APPEARANCE OF |
| | ) DEBTOR [11 USC 341(a)]) |
| | ) |

TO THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY OF RECORD,

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to December 22, 2025 at 2:30 PM at TR-7, ZOOM MEETING: (MEETING ID: 845-676-2532/PASSCODE: 6191335280). FOR INSTRUCTIONS CONTACT THE TRUSTEE for the following reason(s):

        /s/ David K. Gottlieb
        DAVID K. GOTTLIEB, TRUSTEE

I certify that I served the above debtor(s), debtors counsel of record, if any, on October 30, 2025

        /s/ Renee Johnson
        Renee Johnson, Administrator

**PLEASE SUBMIT A VALID COLOR COPY OF YOUR PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER AT LEAST 7 DAYS PRIOR TO THE CONTINUED MEETING OF CREDITORS.**

ERIC SCOTT CUNNINGHAM
PO Box 1205, fdba
Newport, WA 99156