**DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE**
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 539-7720
Email:  dkgtrustee@dkgallc.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 21-12194-SC |
| | ) |
| ERIC SCOTT CUNNINGHAM | ) Chapter 7 |
| | ) |
| | ) NOTICE OF CONTINUED MEETING OF |
| Debtor(s) | ) CREDITORS AND APPEARANCE OF |
| | ) DEBTOR [11 USC 341(a)]) |
| | ) |

TO THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY OF RECORD,

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to April 01, 2026 at 2:30 PM at TR-7, ZOOM MEETING: (MEETING ID: 845-676-2532/PASSCODE: 6191335280). FOR INSTRUCTIONS CONTACT THE TRUSTEE for the following reason(s):


                                      /s/ David K. Gottlieb
                                      DAVID K. GOTTLIEB, TRUSTEE

I certify that I served the above debtor(s), debtors counsel of record, if any, on February 02, 2026

                                      /s/ Renee Johnson
                                      Renee Johnson, Administrator

**PLEASE SUBMIT A VALID COLOR COPY OF YOUR PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER AT LEAST 7 DAYS PRIOR TO THE CONTINUED MEETING OF CREDITORS.**


ERIC SCOTT CUNNINGHAM
PO Box 1205, fdba
Newport, WA 99156