| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bert Briones (SBN 237594)<br>RED HILL LAW GROUP<br>15615 Alton Parkway, Suite 210<br>Irvine, California  92618<br>Tel:  (714) 733-4455<br>Fax:  (714) 733-4450<br>Email:  bb@redhilllawgroup.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Debtor Eric Scott Cunningham | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ERIC SCOTT CUNNINGHAM<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-12194-SC<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br>MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822<br><br><br>(*Specify name of Motion*)<br><br>DATE: 03/03/2026<br>TIME:  11:00 am<br>COURTROOM: 5C; Zoom.gov<br>PLACE: 411 West Fourth Street<br>         Santa Ana, CA 92701-4593 |

1. TO (*specify name*):  Chapter 7 Trustee, David Gottlieb and all interested parties

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the Motion and accompanying documents.  *Contact Red Hill Law Group (information in the caption above) to obtain a full copy of the Motion and accompanying documents.  The Motion seeks to compel the Chapter 7 Trustee to abandon Debtor's real property located at 417 Silica Lane, Oldtown, Idaho 83822 or to set a deadline of June 30, 2026 for the trustee to sell the Estate's interest in the property.*

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9013-1.1.HEARING.NOTICE**

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 02/09/2026

Red Hill Law Group
Printed name of law firm

/s/ Martina A. Slocomb
Signature

Martina A. Slocomb
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
7931 Broadway, #282
Littleton, CO 80120

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/09/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 02/09/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
411 W 4th St, 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/09/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/09/2026 | Martina A. Slocomb | /s/ Martina A. Slocomb |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 3                                   **F 9013-1.1.HEARING.NOTICE**

1. ECF Notice:

Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
Steven N Kurtz    skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
Carmela Pagay    ctp@lnbyg.com
Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:21-bk-12194-SC<br>Central District of California<br>Santa Ana<br>Tue Feb  3 12:26:23 PST 2026 | Levene, Neale, Bender, Yoo & Golubchik L.L.P<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Metropolitan Life Insurance Company<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | American Express<br>PO BOX 981535<br>El Paso, TX 79998-1535 | American Express Centurion Bank<br>4315 South 2700 West<br>Mail Code 02-01-66<br>Salt Lake City, UT 84184-0001 |
| American Express Company<br>c/o CT Corporation System<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203-2336 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>PO Box 982284<br>El Paso TX 79998-2284 |
| Biz Fund<br>2371 McDonald<br>Brooklyn, NY 11223-4738 | Bluevine<br>401 Warren St<br>Redwood City, CA 94063-1536 | CCA Collections<br>2180 W. Grant Line Rd<br>Tracy, CA 95377-7342 |
| (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS COURT SUITE 200<br>KENNESAW GA 30144-5938 | Chase Bank USA N.A.<br>Bankruptcy Department<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Commercial Collections of America<br>2180 W. Grant Line Rd<br>Tracy, CA 95377-7343 |
| County of Orange<br>c/o Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana CA 92702-4515 | Credit Management Lp<br>6080 Tennyson Parkway<br>Plano, TX 75024-6002 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Fay Loan Servicing<br>PO Box 88009<br>Chicago, IL 60680-1009 | (p)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | Fdcmgtinc<br>14241 Ne Woodinville-Duvall Rd<br>Woodinville, WA 98072-8564 |
| Galuppo Law<br>7792 Gateway Road Suite 10<br>Carlsbad, CA 92009 | Georgia Murphy<br>2792 Gateway Road<br>Carlsbad, CA 92009-1749 | Georgia Murphy<br>Georgia Schneider, Esq. c/o G10 Law<br>2792 Gateway Road, Suite 102<br>Carlsbad, CA 92009-1749 |
| IRS<br>1111 Main<br>ogden, UT 84405 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kathleen Ann Cunningham<br>PO Box 1205<br>Newport, WA 99156-1205 |
| La Plata Transitional Living LLC<br>22681 Oak Grove Unit 123<br>Aliso Viejo, CA 92656-6219 | Malba Investments<br>620 Vallombrosa<br>Pasadena, CA 91107-5423 | Morten & Fairchild, P.C.<br>19200 Von Karman Ave<br>Ste 880<br>Irvine, CA 92612-8524 |

| | | |
|---|---|---|
| (p)NOTE SERVICING CENTER<br>3275 E ROBERTSON BLVD STE B<br>CHOWCHILLA CA 93610-7405 | PNM Loan Management Services, Inc.<br>5446 Thornwood Drive<br>2nd Floor<br>San Jose 95123-1224 | Pre-Banc Business Credit, Inc.<br>18818 Teller Ave #101<br>Irvine, CA 92612-1623 |
| Recovery Services Management LLC<br>1201 Puerta Del Sol<br>Suite 209<br>San Clemente, CA 92673-6310 | Recovery Services Management LLC<br>1201 Puerta Del Sol Suite 222<br>San Clemente CA 92673-6310 | Scion Capital Holdings, LLC<br>DIERRE L SIBLEY<br>1442 WILLOWBEND WAY<br>BEAUMONT, CA 92223-7193 |
| Scion Capital Holdings, LLC<br>Daryl J. Rutherford<br>11362 Walnut<br>Redlands, CA 92374-7611 | Scion Capital Holdings, LLC<br>c/o Agent, 1600 CNB Corp<br>1375 E 9TH ST, 20TH FL<br>Cleveland, Ohio 44114-1739 | Scott H. Siegel<br>Levinson Arshonsky & Kurtz<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403-6620 |
| Subaru Finance<br>PO Box 78232<br>Phoenix, AZ 85062-8232 | Tanisha Mills, CPA<br>3160 Camino Del Rio S Ste 313<br>San Diego, CA 92108-3835 | Tek Collect<br>Pob 1269<br>Columbus, OH 43216-1269 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Visa<br>PO BOX 84930<br>Sioux Falls, SD 57118-4930 | WCH Law Group<br>625 The City Drive<br>Orange, CA 92868-4997 |
| WCH Law Group, P.C.<br>William Hoggard<br>625 The City Dr S<br>Ste 200<br>Orange, CA 92868-4946 | Bert Briones<br>Red Hill Law Group<br>15615 Alton Parkway<br>Suite 210<br>Irvine, CA 92618-7351 | (p)DAVID KEITH GOTTLIEB  TR<br>ATTN D GOTTLIEB & ASSOCIATES LLC<br>21650 OXNARD STREET SUITE 500<br>WOODLAND HILLS CA 91367-4911 |
| Eric Scott Cunningham<br>PO Box 1205<br>Newport, WA 99156-1205 | Georgia Murphy<br>G10 Galuppo Law, APLC<br>2792 Gateway Rd., Suite 102<br>Carlsbad, CA 92009-1749 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CarMax Auto Finance<br>PO Box 3174<br>Milwaukee, WI 53201 | (d)Carmax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144 | Fay Servicing Llc<br>1601 Lbj Freeway<br>Farmers Branch, TX 75234 |
| Note Servicing Center<br>3275 E Robertson Blvd # B<br>Chowchilla, CA 93610 | David Keith Gottlieb (TR)<br>21650 W. Oxnard St. #500<br>Woodland Hills, CA 91367 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Berkshire Hathaway Home Services       (u)Courtesy NEF       (u)Pre-Banc Business Credit, Inc.

(u)US Marshall Service       End of Label Matrix
Mailable recipients   49
Bypassed recipients    4
Total                 53