DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Co-Owner,
CHRISTINE THRUN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERIC SCOTT CUNNINGHAM,<br><br>            Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>STATEMENT OF POSITION OF CO-OWNER CHRISTINE THRUN RE DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON INTEREST IN PROPERTY OF ESTATE LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822 [DOCKET NO. 213]<br><br><u>Hearing Date:</u><br>Date: March 3, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>     U.S. Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; DEBTOR, AND ALL PARTIES AND THEIR COUNSEL:**

The instant statement of position ("Statement of Position") is in response to debtor's Motion to Compel Trustee to Abandon Interest ("Motion to Abandon") in Property of Estate Located At 417 Silica Lane, Oldtown, Idaho 83822 ("Idaho Property"), filed as Dk. No. 213, and the opposition filed by with David K. Gottlieb, Chapter 7 Trustee ("Trustee") of the estate for Eric Scott Cunningham

1
STATEMENT OF POSITION

("Debtor") filed on February 17, 2026, as Dk. No. 217 ("Trustee Opposition").  Co-Owner Christine Thrun ("Co-Owner") of the Idaho Property hereby submits this Statement of Position regarding the Motion to Abandon.

The Co-Owner has recently retained Marshack Hays Wood LLP to represent the Co-Owner in this matter, and to negotiate with David K. Gottlieb, Chapter 7 Trustee ("Trustee") of the estate for Eric Scott Cunningham ("Debtor"). Co-Owner has reviewed the Debtor's Motion to Abandon and the Trustee Opposition. The Trustee is correct that the Co-Owner is in the midst of negotiations for a stipulation to sell the Idaho Property pursuant to 11 U.S.C. § 363(h). *See* Opp., pg. 4:9-11; Pagay Decl., ¶2. Once those negotiations are finalized, the stipulation will be filed with this Court.

However, the Co-Owner believes that the proposed June 30, 2026, deadline to sell the Idaho Property is completely arbitrary and unwarranted at this time. Opp., pg. 4:5-6; Pagay Decl., ¶2. Specifically, Co-Owner is informed and believes from the local real estate broker, that due to the location of the Idaho Property in Northern Idaho, the primary selling season runs from April through October, as snowfall significantly limits marketing efforts during the winter months. The Co-Owner is concerned that a limited post-winter listing window will result in a lower sale value. Thus, the Co-Owner requests that the Court deny the Motion to Abandon and not approve of an arbitrary deadline of June 30, 2026, to sell the Idaho Property.[1] Bottom line, the Co-Owner desires for the Idaho Property to be sold at the highest value possible.

Dated:  February 23, 2026            MARSHACK HAYS WOOD LLP

By:  */s/ David A. Wood*
    DAVID A. WOOD
    SARAH R. HASSELBERGER
    Attorneys for Christine Thrun

---

[1] Prior to the filing of this Statement of Position, counsel for Co-Owner reached out to counsel for the Debtor and expressed Co-Owner's concerns. While not binding the Debtor to a position, the initial conversation was very productive.

2
STATEMENT OF POSITION

4892-6149-6874
1228936.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STATEMENT OF POSITION OF COOWNER CHRISTINE THRUN RE DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON INTEREST IN PROPERTY OF ESTATE LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822 [DOCKET NO. 214]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 23, 2026**, I delivered the document(s) described above via email to Omni Agent Solutions, Trustee's claims and noticing agent, for service on the interested persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the adversary mail matrix. Upon completion of the mailing by Omni Agent Solutions, Trustee will file a Certificate of Service listing the parties served by Omni Agent Solutions at the address at which they were addressed.

**DEBTOR**
ERIC SCOTT CUNNINGHAM
PO BOX 1205
NEWPORT, WA 99156

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
- **INTERESTED PARTY:** Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR SECURED CREDITOR PRE-BANC BUSINESS CREDIT, INC.:** Ori S Blumenfeld    , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- **ATTORNEY FOR SECURED CREDITOR PRE-BANC BUSINESS CREDIT, INC.:** Ori S Blumenfeld ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- **ATTORNEY FOR MALBA INVESTMENT, INC.:** Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
- **ATTORNEY FOR DEBTOR:** Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- **ATTORNEY FOR SECURED CREDITOR, PRE-BANC BUSINESS CREDIT, INC.:** Casey Z Donoyan casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- **INTERESTED PARTY:** Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
- **INTERESTED PARTY**: Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR U.S. TRUSTEE:** Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- **CHAPTER 7 TRUSTEE:** David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **ATTORNEY FOR SECURED CREDITOR, PRE-BANC BUSINESS CREDIT, INC.:** Steven N Kurtz skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **INTERESTED PARTY:** Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **ATTORNEY FOR TRUSTEE DAVID K. GOTTLIEB:** Carmela Pagay    ctp@lnbyg.com
- **ATTORNEY FOR TRUSTEE DAVID K. GOTTLIEB:** Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **INTERESTED PARTY:** Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- **ATTORNEY FOR DEBTOR:** Martina A Slocomb    rockymountainlaw@yahoo.com
- **U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR, METROPOLITAN LIFE INSURANCE COMPANY:** Jennifer C Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

4900-7950-6248, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**