CARMELA T. PAGAY (SBN 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for David K. Gottlieb
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERIC SCOTT CUNNINGHAM,<br><br>Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**STIPULATION RE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(h)**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

David K. Gottlieb, the chapter 7 trustee for the above-captioned bankruptcy estate (the "Trustee") and co-owner, Christine Thrun ("Ms. Thrun"), by and through their respective counsel, hereby enter into this Stipulation based on the following:

A. This case was commenced on September 8, 2021 (the "Petition Date") by the filing of a Voluntary Petition under chapter 7 by Eric Scott Cunningham (the "Debtor"). The Trustee was subsequently elected as chapter 7 trustee on or about October 14, 2021.

B. The Debtor's amended Schedule A/B filed on June 25, 2022, as Dk. No. 82, listed in Part 1 a one-half interest the real property located at 417 Silica Lane, Oldtown, Idaho 83822 (the "Property"). The other one-half owner of the Property is Ms. Thrun.

1

C. The Debtor and Ms. Thrun took title to the Property as co-tenants via Warranty Deed recorded in Bonner County, Idaho on or about June 12, 1998.

D. There is a dispute between Debtor and Ms. Thrun as to certain income stream(s) received by the Debtor over the past decades relating to renting the Property to various third parties and whether such claims entitle her to more than one-half of the Property or its proceeds.

E. Subject to the terms of this Stipulation, the parties are agreeable to the Trustee's sale of the Property, subject to the terms contained herein.

**NOW THEREFORE**, in consideration of the foregoing and subject to the approval of this Court, the parties stipulate and agree as follows:

1. The Trustee may sell the Property in its entirety under 11 U.S.C § 363(h), including Ms. Thrun's interest in the Property.

2. Ms. Thrun shall retain all rights arising from or related to her one-half co ownership of the Property including the right to file a response to any sale proposed by the Trustee, the first refusal under 11 U.S.C. § 363(i), and her right to one-half of the Net Sales Proceeds (defined below) which proceeds are not property of the estate;

3. The amount remaining from any court-approved sales price after deducting all "costs and expenses" including escrow fees, title fees, broker's fees, property taxes, maintenance fees, and other customary sales charges ("Costs of Sale") shall be referred to as the "Net Sales Proceeds." The administrative claims of the Trustee and any retained professionals shall not be deducted in calculating the Net Sales Proceeds pursuant to *Stine v. Diamond (In re Flynn)*, 418 F.3d 1005 (9th Cir. 2005). The Trustee shall instruct escrow to disburse and turn over one-half of the Net Sales Proceeds directly to Ms. Thrun upon the consummation of any sale pursuant to 11 U.S.C. § 363(j).

4. The Trustee shall hold the other 50% of the Net Sale Proceeds in trust, until either

2

a court-approved compromise is entered between the Trustee on behalf of the Debtor's Estate, on the one hand, and Ms. Thrun, on the other hand, and/or until the Court enters a final order adjudicating the rights of the Estate, the Debtor, and/or Ms. Thrun to any or all of these funds.

5. Except as specifically set forth above, each party retains all rights, claims, and defenses.

DATED: February 23, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ Carmela T. Pagay
CARMELA T. PAGAY
Attorneys for David K. Gottlieb
Chapter 7 Trustee

DATED: February 2?, 2026

MARSHACK HAYS WOOD LLP

By: [signature]
DAVID A. WOOD
Attorneys for Christine Thrun

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ori S Blumenfeld    , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
- Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@laklawyers.com;ncondren@laklawyers.com
- Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Steven N Kurtz    skurtz@laklawyers.com, ncondren@laklawyers.com;smcfadden@laklawyers.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- Martina A Slocomb    rockymountainlaw@yahoo.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **February 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

Eric Scott Cunningham
PO Box 1205
Newport, WA 99156

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 23, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.