Bert Briones (SBN 237594)
***RED HILL LAW GROUP***
15615 Alton Parkway, Suite 210
Irvine, California  92618
Tel:    (714) 733-4455
Fax:    (714) 733-4450
Email:        bb@redhilllawgroup.com

Attorneys for Debtor Eric Scott Cunningham

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| In re:<br><br>ERIC SCOTT CUNNINGHAM,<br><br><br>Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**OBJECTION TO STIPULATION RE: SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(h)** |

   Debtor Eric Scott Cunningham objects to the Stipulation Re Sale of Real Property Pursuant to 11 U.S.C. § 363(h) entered by the Chapter 7 Trustee, David Gottlieb, and Christine Thrun.  In the Stipulation, the Trustee and Ms. Thrun agree that after deducting sale costs and expenses, Ms. Thrun will receive 50% of sale proceeds from the sale of Debtor and Ms. Thrun's real property located at 417 Silica Lane, Oldtown, Idaho 83822.  Debtor has contributed significant out of pocket expenses to maintain the property over the past 30 years, and Ms. Thrun is not entitled to 50% of the proceeds.  For example, Debtor has paid 100% the property taxes for the past nearly 30 years.  Prior to the Stipulation, the Trustee had evidence of each party's contribution to the property and

1  should not have agreed to a 50-50 split between the Estate and Ms. Thrun.  (Declarations
2  of Eric Cunningham and Martina A. Slocomb below.)  Allowing a distribution of 50% of
3  the proceeds to Ms. Thrun would deprive the Estate of the full amount of funds that it is
4  entitled to from the sale and could constitute a breach of the Trustee's fiduciary duties to
5  the Estate and creditors.  Debtor requests that the Court deny the Stipulation and require
6  the Trustee to file a noticed motion before any order regarding a split of the proceeds is
7  entered.

9  Dated: 2/24/2026_____-                RED HILL LAW GROUP

10                                               /s/ *Martina A. Slocomb*
11                                               MARTINA A. SLOCOMB, attorneys for
                                                 Debtor Eric Cunningham

- 2 -
OBJECTION TO STIPULATION

# DECLARATION OF ERIC CUNNINHAM

I, Eric Cunningham, declare:

1. I am an individual over the age of 18 years. I am the debtor in the above-referenced case. I know the following facts to be true of my own personal knowledge.

2. I have incurred substantial out of pocket expenses in the sum of over $480,000 in maintaining and improving the real property located at 417 Silica Lane, Oldtown, Idaho 83822, which I co-own with Christine Thrun, including payment of nearly 30 years of property taxes, maintenance costs, insurance, utilities, and upgrades, which were necessary to maintain the property and increased the property's value. I request that any order determining the distribution of proceeds from the property pay my Bankruptcy Estate for my out-of-pocket expenses before a division of proceeds between Christine and the Estate occurs.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: _____ at Old Town, Idaho.

_____
ERIC CUNNINGHAM

*Signature on following page*

## DECLARATION OF ERIC CUNNINGHAM

I, Eric Cunningham, declare:

1. I am an individual over the age of 18 years. I am the debtor in the above-referenced case. I know the following facts to be true of my own personal knowledge.

2. I have incurred substantial out of pocket expenses in the sum of over $480,000 in maintaining and improving the real property located at 417 Silica Lane, Oldtown, Idaho 83822, which I co-own with Christine Thrun, including payment of nearly 30 years of property taxes, maintenance costs, insurance, utilities, and upgrades, which were necessary to maintain the property and increased the property's value. I request that any order determining the distribution of proceeds from the property pay my Bankruptcy Estate for my out-of-pocket expenses before a division of proceeds between Christine and the Estate occurs.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: _____ at Old Town, Idaho.

ERIC CUNNINGHAM

- 3 -
OBJECTION TO STIPULATION

# DECLARATION OF MARTINA A. SLOCOMB

I, Martina A. Slocomb, declare:

1. I am an individual over the age of 18 years. I am the attorney for the debtor in the above-referenced case. I know the following facts to be true of my own personal knowledge.

2. I have engaged in discussions with Kevin Holt, Christine Thrun's former attorney, and Carmela Pagay, the Chapter 7 Trustee's attorney regarding how proceeds from the sale of the Silica Dr., Oldtown, Idaho property should be distributed, and in particular, that out of pocket expenses that should be paid to the Estate before Ms. Thrun receives a 50% distribution of proceeds from the property. Ms. Pagay was fully aware that the Estate is entitled to reimbursement of at least $480,000 in expenses before Ms. Thrun receives a distribution. One example of an email that I sent to Ms. Pagay on the topic is attached as Exhibit A.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

2/24/2026
Dated: _____ at Littleton, Colorado.

_____
MARTINA A. SLOCOMB

- 4 -
OBJECTION TO STIPULATION

# EXHIBIT A

Re: Thrun / Cunningham

From: Kevin Holt (kholt@holtlawoffice.com)

To: rockymountainlaw@yahoo.com

Cc: ctp@lnbyg.com

Date: Tuesday, January 6, 2026 at 03:29 PM MST

Received - thank you.

I will review with my client.


**Kevin P. Holt**
## Holt Law Office, PLLC
----------

**Mailing Address:**
PO Box 959
Hayden, Idaho 83835

**Physical Address**
212 S. 11th Street, Suite 5 RM D
Coeur d'Alene, ID 83814

Direct Number: 208-659-5959
Office: 208-664-5011
Fax: 1-888-870-1747


----------

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution of such message is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

> On Tue, Jan 6, 2026 at 12:40 PM Martina Slocomb <rockymountainlaw@yahoo.com> wrote:
>
> Kevin,
>
> Attached are the documents to support Eric's investments into the property. The AirBnB spreadsheet shows income and expenditures related to short term rental of the property. The photos are included to show the improvements Eric made to the property. The other spreadsheet itemizes Eric's expenses. The zip file includes the receipts that have been located. Eric had to pay contractors and other service workers in cash to get work done given the rural location of the property. He has text messages with the workers and before and after photos of the work completed, but I would prefer not to inundate you with documents or require Eric to put them all together unless you request them.
>
> Eric also informed me that Christine was able to use the property, and he asked her multiple times to stay there if she was interested. She informed Eric that she could not pay the property taxes on the property, and Eric paid that expense on his own.

Eric expects to get reimbursed for his out-of-pocket investment in the property just as Christine expects, with the proceeds split 50-50 after expense to both parties. Please let me know Christine's position.

I have copied Carmela on this email just to keep her informed of our discussions.

Thanks,
Martina

Martina A. Slocomb
Rocky Mountain Law Group PLLC
562.682.2951
rockymountainlaw@yahoo.com

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email.

On Monday, December 1, 2025 at 12:09:15 PM MST, Kevin Holt <kholt@holtlawoffice.com> wrote:

Here is our proposal for offset we previously sent to the bankruptcy Trustee.

Let me know if you want to discuss further.

**Kevin P. Holt**
## Holt Law Office, PLLC
----------

**Mailing Address:**
PO Box 959
Hayden, Idaho 83835

**Physical Address**
212 S. 11th Street, Suite 5 RM D
Coeur d'Alene, ID 83814

Direct Number: 208-659-5959
Office: 208-664-5011
Fax: 1-888-870-1747

----------

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution of such message is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*           *Printed Name*                *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

1. NEF Continued:
Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Ori S Blumenfeld    , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;
 ik-maurice.ibe@offitkurman.com
Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;
 RedHillLawGroup@jubileebk.net
Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;
 ncondren@lakklawyers.com
Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;
 lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,
 rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
Steven N Kurtz    skurtz@lakklawyers.com, ncondren@lakklawyers.com;
 smcfadden@lakklawyers.com
Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
Carmela Pagay    ctp@lnbyg.com
Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
Martina A Slocomb    rockymountainlaw@yahoo.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;
 lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com