| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: rb@lnbyg.com; ctp@lnbyg.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: David K. Gottlieb, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>ERIC SCOTT CUNNINGHAM,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-12194-SC<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822 |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822 was lodged on (*date*) March 4, 2026 and is attached.  This order relates to the motion which is docket number 213.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: rb@lnbyg.com; ctp@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERIC SCOTT CUNNINGHAM,<br><br>Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**ORDER DENYING MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822**<br><br>Date:   March 3, 2026<br>Time:   11:00 a.m.<br>Place:  Courtroom 5C<br>         U.S. Bankruptcy Court<br>         411 West Fourth Street<br>         Santa Ana, CA 92701<br>         **VIA ZOOMGOV** |

The Motion to Compel the Chapter 7 Trustee to Abandon Real Property Located at 417 Silica Lane, Oldtown, Idaho 83822 [Doc 213] (the "Motion"), filed by debtor Eric Scott Cunningham (the "Debtor"), came on for hearing via Zoom.gov on March 3, 2026, at 11:00 a.m., in the above-entitled Court before the Honorable Scott C. Clarkson, United States Bankruptcy Judge.  Carmela T. Pagay of Levene, Neale, Bender, Yoo & Golubchik L.L.P. appeared on behalf

1

of David K. Gottlieb, the chapter 7 trustee herein (the "Trustee").  Other appearances are as noted on the Court's record.

The Court, having considered the Motion, the Trustee's opposition [Doc 219], the statement filed by Christine Thrun, the co-owner of the subject real property [Doc 220], and the Debtor's reply [Doc 224], having considered the statements of counsel made at the hearing on the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the Motion is denied without prejudice for the reasons stated by the Court at the hearing on the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ori S Blumenfeld    , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
- Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Steven N Kurtz    skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- Martina A Slocomb    rockymountainlaw@yahoo.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2.**  **SERVED BY UNITED STATES MAIL**:  On (*date*) **March 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Eric Scott Cunningham
> PO Box 1205
> Newport, WA 99156

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   Page 2                                          **F 9021-1.2.BK.NOTICE.LODGMENT**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**