United States Bankruptcy Court

Central District of California

In re:                                                                                                              Case No. 21-12194-SC
Eric Scott Cunningham                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                       User: admin                                       Page 1 of 2
Date Rcvd: Mar 12, 2026              Form ID: pdf042                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric Scott Cunningham, PO Box 1205, Newport, WA 99156-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                                  Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron B Fairchild | on behalf of Creditor Courtesy NEF aaron@fairchildlevine.com admin@morfairlaw.com |
| Bert Briones | on behalf of Debtor Eric Scott Cunningham bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Carmela Pagay | on behalf of Trustee David Keith Gottlieb (TR) ctp@lnbyg.com |
| Carmela Pagay | on behalf of Interested Party Courtesy NEF ctp@lnbyg.com |
| Casey Z Donoyan | on behalf of Creditor Pre-Banc Business Credit Inc. casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com |

District/off: 0973-8                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 12, 2026                         Form ID: pdf042                               Total Noticed: 1

| Name | Details |
|---|---|
| David Wood | on behalf of Interested Party Christine Thrun dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Keith Gottlieb (TR) | dkgtrustee@dkgallc.com dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com |
| Jasleen D Ahuja | on behalf of Creditor Georgia Murphy KAHUJA@SELLARLAW.COM jtrost@g10law.com;gschneider@g10law.com |
| Jeffrey I Golden | on behalf of Interested Party Courtesy NEF jgolden@go2.law kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com |
| Jennifer C Wong | on behalf of Creditor Metropolitan Life Insurance Company bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kurt Ramlo | on behalf of Trustee David Keith Gottlieb (TR) RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Martina A Slocomb | on behalf of Debtor Eric Scott Cunningham rockymountainlaw@yahoo.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Ori S Blumenfeld | on behalf of Creditor Pre-Banc Business Credit  Inc. , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com |
| Ori S Blumenfeld | on behalf of Interested Party Courtesy NEF ori.blumenfeld@offitkurman.com liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com |
| Reem J Bello | on behalf of Interested Party Courtesy NEF rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Salvatore Bommarito | on behalf of Creditor Courtesy NEF sbommarito@sb-legal.com r40840@notify.bestcase.com |
| Scott H Siegel | on behalf of Creditor Courtesy NEF ssiegel@laklawyers.com smcfadden@laklawyers.com |
| Steven N Kurtz | on behalf of Creditor Courtesy NEF skurtz@lakklawyers.com ncondren@lakklawyers.com;smcfadden@lakklawyers.com |
| Steven N Kurtz | on behalf of Creditor Pre-Banc Business Credit  Inc. skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 22

RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: rb@lnbyg.com; ctp@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERIC SCOTT CUNNINGHAM,<br><br>Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**ORDER DENYING MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY LOCATED AT 417 SILICA LANE, OLDTOWN, IDAHO 83822**<br><br>Date:     March 3, 2026<br>Time:    11:00 a.m.<br>Place:   Courtroom 5C<br>              U.S. Bankruptcy Court<br>              411 West Fourth Street<br>              Santa Ana, CA 92701<br>              **VIA ZOOMGOV** |

   The Motion to Compel the Chapter 7 Trustee to Abandon Real Property Located at 417 Silica Lane, Oldtown, Idaho 83822 [Doc 213] (the "Motion"), filed by debtor Eric Scott Cunningham (the "Debtor"), came on for hearing via Zoom.gov on March 3, 2026, at 11:00 a.m., in the above-entitled Court before the Honorable Scott C. Clarkson, United States Bankruptcy Judge.  Carmela T. Pagay of Levene, Neale, Bender, Yoo & Golubchik L.L.P. appeared on behalf

1

of David K. Gottlieb, the chapter 7 trustee herein (the "Trustee"). Other appearances are as noted on the Court's record.

The Court, having considered the Motion, the Trustee's opposition [Doc 219], the statement filed by Christine Thrun, the co-owner of the subject real property [Doc 220], and the Debtor's reply [Doc 224], having considered the statements of counsel made at the hearing on the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the Motion is denied without prejudice for the reasons stated by the Court at the hearing on the Motion.

### #

Date: March 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2