RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyg.com; ctp@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ERIC SCOTT CUNNINGHAM,<br><br>Debtor. | Case No. 8:21-bk-12194-SC<br><br>Chapter 7<br><br>**NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY TOMLINSON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that David K. Gottlieb, the chapter 7 trustee for the bankruptcy estate of Eric Scott Cunningham, the debtor herein (the "Debtor"), has filed an application for an order authorizing the Trustee to employ Tomlinson Sotheby's International Realty ("Broker") as the Trustee's real estate broker at the expense of the estate, and for authorization to enter into an Exclusive Right to Represent with Broker for approximately 10 months, commencing on March 3, 2026.

///

///

1

1. The Trustee requires the aid of a licensed real estate broker to market and sell the real property located at 417 Silica Lane, Oldtown, Idaho 83822 (the "Property"). The Property is co-owned by the Debtor and another non-debtor individual and a stipulation concerning the sale of the Property in its entirety pursuant to 11 U.S.C. § 363(h) is in process.

2. The Trustee believes it is appropriate to liquidate the Property pursuant to section 704(a)(1) of the Bankruptcy Code as the sale of the Property is anticipated to allow the Trustee to be able to make a distribution to allowed claims in this case. In order to realize the value in the Property, the Trustee will require the aid of a licensed real estate broker to market and sell the Property effectively, provide assistance concerning the structure of any potential sale of the Property, and assist the Trustee in negotiating and documenting various transactions with regard to selling the Property.

3. The Trustee proposes to hire Broker, through its agent, Karen Battenschlag, as his real estate broker, for a period of approximately 10 months, commencing on March 3, 2026.

4. The Trustee has agreed to pay a three percent (3%) commission solely to Broker (the "Broker Commission") in connection with the listing and sale of the Property. The Broker Commission is not subject to split with any purchaser's broker and any commission due to the purchasers' broker shall be the obligation of the purchaser and not the Trustee. Notwithstanding any of the foregoing, Broker will accept such compensation as the Court deems reasonable. Moreover, the Trustee may decide to pay a commission to a broker for any buyer of the Property, but no broker for a buyer will receive a commission that exceeds three percent (3%).

5. The Trustee is informed and believes that Broker does not represent any interest adverse to the Trustee, the Debtor, the creditors herein, or the estate, and that Broker is "disinterested persons" as such term is defined in 11 U.S.C. § 101(14).

Any person who wishes to receive a copy of the Application can do so by contacting Carmela T. Pagay, Esq., at the address and telephone number listed in the upper left corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy

Rule 9013-1(f)(1), be filed and served on the Trustee, his counsel, and the OUST not later than 14 days from the date of service of this Notice, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

DATED: March 16, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Carmela T. Pagay*
    RON BENDER
    CARMELA T. PAGAY
    Attorneys for David K. Gottlieb
    Chapter 7 Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY TOMLINSON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jasleen D Ahuja    KAHUJA@SELLARLAW.COM, jtrost@g10law.com;gschneider@g10law.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ori S Blumenfeld    , liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
- Salvatore Bommarito    sbommarito@sb-legal.com, r40840@notify.bestcase.com
- Bert Briones    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
- Casey Z Donoyan    casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com
- Aaron B Fairchild    aaron@fairchildlevine.com, admin@morfairlaw.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Steven N Kurtz    skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- Martina A Slocomb    rockymountainlaw@yahoo.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **March 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Karen Battenschlag  
503 Cedar Street  
Sandpoint, ID 83864.

Eric Scott Cunningham  
PO Box 1205  
Newport, WA 99156

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:21-bk-12194-SC<br>Central District of California<br>Santa Ana<br>Mon Mar 16 14:19:57 PDT 2026 | Levene, Neale, Bender, Yoo & Golubchik L.L.P<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Metropolitan Life Insurance Company<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | American Express<br>PO BOX 981535<br>El Paso, TX 79998-1535 | American Express Centurion Bank<br>4315 South 2700 West<br>Mail Code 02-01-66<br>Salt Lake City, UT 84184-0001 |
| American Express Company<br>c/o CT Corporation System<br>330 N Brand Blvd, Suite 700<br>Glendale, CA 91203-2336 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bank of America<br>PO Box 982284<br>El Paso TX 79998-2284 |
| Biz Fund<br>2371 McDonald<br>Brooklyn, NY 11223-4738 | Bluevine<br>401 Warren St<br>Redwood City, CA 94063-1536 | CCA Collections<br>2180 W. Grant Line Rd<br>Tracy, CA 95377-7342 |
| (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS COURT SUITE 200<br>KENNESAW GA 30144-5938 | Chase Bank USA N.A.<br>Bankruptcy Department<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Commercial Collections of America<br>2180 W. Grant Line Rd<br>Tracy, CA 95377-7343 |
| County of Orange<br>c/o Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana CA 92702-4515 | Credit Management Lp<br>6080 Tennyson Parkway<br>Plano, TX 75024-6002 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Fay Loan Servicing<br>PO Box 88009<br>Chicago, IL 60680-1009 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | Fdcmgtinc<br>14241 Ne Woodinville-Duvall Rd<br>Woodinville, WA 98072-8564 |
| Galuppo Law<br>7792 Gateway Road Suite 10<br>Carlsbad, CA 92009 | Georgia Murphy<br>2792 Gateway Road<br>Carlsbad, CA 92009-1749 | Georgia Murphy<br>Georgia Schneider, Esq. c/o G10 Law<br>2792 Gateway Road, Suite 102<br>Carlsbad, CA 92009-1749 |
| IRS<br>1111 Main<br>ogden, UT 84405 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kathleen Ann Cunningham<br>PO Box 1205<br>Newport, WA 99156-1205 |
| La Plata Transitional Living LLC<br>22681 Oak Grove Unit 123<br>Aliso Viejo, CA 92656-6219 | Malba Investments<br>620 Vallombrosa<br>Pasadena, CA 91107-5423 | Morten & Fairchild, P.C.<br>19200 Von Karman Ave<br>Ste 880<br>Irvine, CA 92612-8524 |

| | | |
|---|---|---|
| (p)NOTE SERVICING CENTER<br>3275 E ROBERTSON BLVD STE B<br>CHOWCHILLA CA 93610-7405 | PIM Loan Management Services, Inc.<br>5446 Thornwood Drive<br>2nd Floor<br>San Jose 95123-1224 | Pre-Banc Business Credit, Inc.<br>18818 Teller Ave #101<br>Irvine, CA 92612-1623 |
| Recovery Services Management LLC<br>1201 Puerta Del Sol<br>Suite 209<br>San Clemente, CA 92673-6310 | Recovery Services Management LLC<br>1201 Puerta Del Sol Suite 222<br>San Clemente CA 92673-6310 | Scion Capital Holdings, LLC<br>DIERRE L SIBLEY<br>1442 WILLOWBEND WAY<br>BEAUMONT, CA 92223-7193 |
| Scion Capital Holdings, LLC<br>Daryl J. Rutherford<br>11362 Walnut<br>Redlands, CA 92374-7611 | Scion Capital Holdings, LLC<br>c/o Agent, 1600 CNB Corp<br>1375 E 9TH ST, 20TH FL<br>Cleveland, Ohio 44114-1739 | Scott H. Siegel<br>Levinson Arshonsky & Kurtz<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403-6620 |
| Subaru Finance<br>PO Box 78232<br>Phoenix, AZ 85062-8232 | Tanisha Mills, CPA<br>3160 Camino Del Rio S Ste 313<br>San Diego, CA 92108-3835 | Tek Collect<br>Pob 1269<br>Columbus, OH 43216-1269 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Visa<br>PO BOX 84930<br>Sioux Falls, SD 57118-4930 | WCH Law Group<br>625 The City Drive<br>Orange, CA 92868-4997 |
| WCH Law Group, P.C.<br>William Hoggard<br>625 The City Dr S<br>Ste 200<br>Orange, CA 92868-4946 | Bert Briones<br>Red Hill Law Group<br>15615 Alton Parkway<br>Suite 210<br>Irvine, CA 92618-7351 | (p)DAVID KEITH GOTTLIEB  TR<br>ATTN D GOTTLIEB & ASSOCIATES LLC<br>21650 OXNARD STREET SUITE 500<br>WOODLAND HILLS CA 91367-4911 |
| Eric Scott Cunningham<br>PO Box 1205<br>Newport, WA 99156-1205 | Georgia Murphy<br>G10 Galuppo Law, APLC<br>2792 Gateway Rd., Suite 102<br>Carlsbad, CA 92009-1749 | Martina A Slocomb<br>Martina Slocomb, ESQ.<br>7931 S Broadway<br>#282<br>Littleton, CO 80122-2710 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CarMax Auto Finance<br>PO Box 3174<br>Milwaukee, WI 53201 | (d)Carmax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144 | Fay Servicing Llc<br>1601 Lbj Freeway<br>Farmers Branch, TX 75234 |
| Note Servicing Center<br>3275 E Robertson Blvd # B<br>Chowchilla, CA 93610 | David Keith Gottlieb (TR)<br>21650 W. Oxnard St. #500<br>Woodland Hills, CA 91367 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Berkshire Hathaway Home Services        (u)Courtesy NEF        (u)Pre-Banc Business Credit, Inc.

(u)US Marshall Service        (u)Christine Thrun        End of Label Matrix
                                                       Mailable recipients    50
                                                       Bypassed recipients     5
                                                       Total                  55