RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyg.com; ctp@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**FILED & ENTERED**

**APR 06 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re

ERIC SCOTT CUNNINGHAM,

Debtor.

Case No. 8:21-bk-12194-SC

Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY TOMLINSON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT**

[No hearing required pursuant to 9013-1(o) and 2014-1(b)(1)]

The Court, having considered the "Application of Chapter 7 Trustee to Employ Tomlinson Sotheby's International Realty as Real Estate Broker and to Enter into Exclusive Listing Agreement; Declarations in Support Thereof" [Doc 230] (the "Application"), filed by David K. Gottlieb, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Eric Scott Cunningham (the "Debtor"), and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Application was timely filed; finding that it appears in the best interest of the estate that the Trustee employ Tomlinson Sotheby's International Realty ("Broker") as his real estate broker; finding further that the Broker is disinterested; finding further that the appropriate notice has been mailed to the Debtor and all interested parties as required under Local Bankruptcy Rule 2014-1(b)(2); and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is approved.

2.      The Trustee's employment of Broker as his real estate broker to market and sell the real property located at 417 Silica Lane, Oldtown, Idaho 83822  (the "Property") is approved upon the terms and conditions set forth in the Application and in the Exclusive Right to Represent concerning the Property (in substantially the form attached as Exhibit 1 to the Declaration of David K. Gottlieb annexed to the Application), with compensation to be paid to Broker pursuant to 11 U.S.C. § 328.

**IT IS SO ORDERED.**

### # # #

Date: April 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2