United States Bankruptcy Court

Central District of California

In re:

Eric Scott Cunningham

    Debtor

Case No. 21-12194-SC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Scott Cunningham, PO Box 1205, Newport, WA 99156-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron B Fairchild | |
| | on behalf of Creditor Courtesy NEF aaron@fairchildlevine.com  admin@morfairlaw.com |
| Bert Briones | |
| | on behalf of Debtor Eric Scott Cunningham bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Carmela Pagay | |
| | on behalf of Trustee David Keith Gottlieb (TR) ctp@lnbyg.com |
| Carmela Pagay | |
| | on behalf of Interested Party Courtesy NEF ctp@lnbyg.com |
| Casey Z Donoyan | |
| | on behalf of Creditor Pre-Banc Business Credit  Inc. casey.donoyan@offitkurman.com, smcfadden@lakklawyers.com;ncondren@lakklawyers.com |
| David Wood | |

District/off: 0973-8          User: admin          Page 2 of 2

Date Rcvd: Apr 06, 2026          Form ID: pdf042          Total Noticed: 1

on behalf of Interested Party Christine Thrun dwood@marshackhays.com
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Keith Gottlieb (TR)

dkgtrustee@dkgallc.com
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Jasleen D Ahuja

on behalf of Creditor Georgia Murphy KAHUJA@SELLARLAW.COM  jtrost@g10law.com;gschneider@g10law.com

Jeffrey I Golden

on behalf of Interested Party Courtesy NEF jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jennifer C Wong

on behalf of Creditor Metropolitan Life Insurance Company bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Kurt Ramlo

on behalf of Trustee David Keith Gottlieb (TR) RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Martina A Slocomb

on behalf of Debtor Eric Scott Cunningham rockymountainlaw@yahoo.com

Nancy L Lee

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Ori S Blumenfeld

on behalf of Interested Party Courtesy NEF ori.blumenfeld@offitkurman.com
liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com

Reem J Bello

on behalf of Interested Party Courtesy NEF rbello@goeforlaw.com  kmurphy@goeforlaw.com

Salvatore Bommarito

on behalf of Creditor Courtesy NEF sbommarito@sb-legal.com  r40840@notify.bestcase.com

Scott H Siegel

on behalf of Creditor Courtesy NEF ssiegel@laklawyers.com  smcfadden@laklawyers.com

Steven N Kurtz

on behalf of Creditor Courtesy NEF skurtz@lakklawyers.com  ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Steven N Kurtz

on behalf of Creditor Pre-Banc Business Credit  Inc. skurtz@lakklawyers.com,
ncondren@lakklawyers.com;smcfadden@lakklawyers.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov


TOTAL: 21

RON BENDER (SBN 143364)
CARMELA T. PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; ctp@lnbyg.com

**FILED & ENTERED**

**APR 06 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

Attorneys for David K. Gottlieb
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re

ERIC SCOTT CUNNINGHAM,

Debtor.

Case No. 8:21-bk-12194-SC

Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY TOMLINSON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT**

[No hearing required pursuant to 9013-1(o) and 2014-1(b)(1)]

The Court, having considered the "Application of Chapter 7 Trustee to Employ Tomlinson Sotheby's International Realty as Real Estate Broker and to Enter into Exclusive Listing Agreement; Declarations in Support Thereof" [Doc 230] (the "Application"), filed by David K. Gottlieb, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Eric Scott Cunningham (the "Debtor"), and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Application was timely filed; finding that it appears in the best interest of the estate that the Trustee employ Tomlinson Sotheby's International Realty ("Broker") as his real estate broker; finding further that the Broker is disinterested; finding further that the appropriate notice has been mailed to the Debtor and all interested parties as required under Local Bankruptcy Rule 2014-1(b)(2); and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is approved.

2.     The Trustee's employment of Broker as his real estate broker to market and sell the real property located at 417 Silica Lane, Oldtown, Idaho 83822  (the "Property") is approved upon the terms and conditions set forth in the Application and in the Exclusive Right to Represent concerning the Property (in substantially the form attached as <u>Exhibit 1</u> to the Declaration of David K. Gottlieb annexed to the Application), with compensation to be paid to Broker pursuant to 11 U.S.C. § 328.

**IT IS SO ORDERED.**

###

Date: April 6, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2