**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CHAPTER 7** |
| ERIC SCOTT CUNNINGHAM, | § | |
| | § | **CASE NO. 8:21-BK-12194-SC** |
| DEBTOR. | § | |
| | § | |
| | § | |

**NOTICE REQUESTING TERMINATION**
**FROM THE ELECTRONIC MAILING SYSTEM**

**PLEASE TAKE NOTICE THAT** the undersigned**,** Ori Blumenfeld, hereby notifies the

Court he no longer wishes to be noticed electronically or otherwise on behalf of Pre-Banc Business

Credit, Inc. in the above-captioned bankruptcy case.

Dated: April 22, 2026                     Respectfully submitted,

                                          **OFFIT KURMAN**

                                          By:   /s/ *Ori Blumenfeld*
                                          Ori S. Blumenfeld, SBN 259112
                                          445 S. Figueroa Street, 18th Floor
                                          Los Angeles, CA 90071
                                          Telephone: 213-629-5700
                                          Email: ori.blumenfeld@offitkurman.com

                                          **FORMER COUNSEL TO**
                                          **PRE-BANC BUSINESS CREDIT, INC.**