Oops! We couldn't
find that file.